**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Larry Michael NIXON, also known as Mike Nixon, Defendant–Appellant.**

No. 06–20168
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

May 1, 2007.

Paula Camille Offenhauser, James Lee Turner, Assistant U.S. Attorneys, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Brent Evan Newton, Assistant Federal Public Defender, Michael L. Herman, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

Larry Michael Nixon appeals the district court's order of restitution following his guilty plea conviction for two counts of bank fraud. This court reviews the propriety of a particular restitution award for an abuse of discretion. *United States v. Hughey,* 147 F.3d 423, 436 (5th Cir.1998). A review of the record shows that the district court's $9,000,000 restitution order was not an abuse of discretion. Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.